```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    SHAKARA THOMAS CARTER

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-468 EJG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| SHAKARA THOMAS CARTER, | ) Date: October 19, 2007 |
| Defendant. | ) Time: 10:00 A.M. |
| _____ | ) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal Defender, attorney for defendant SHAKARA THOMAS CARTER, that the status conference now scheduled for September 14, 2007 be vacated and a new date of October 19, 2007 be set for status.

The defense is seeking documents relating to the defendant's criminal history.  Additional time is needed to perform investigation and obtain information about prior convictions.

It is stipulated and agreed between the parties that the period beginning September 14, 2007 to October 19, 2007 should be excluded in

computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: September 13, 2007          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender


                                   /s/NED SMOCK
                                   NED SMOCK
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   SHAKARA THOMAS CARTER


                                   MCGREGOR W. SCOTT
                                   United States Attorney

Dated:  September 13, 2007         /s/ Ned Smock for Jill Thomas
                                   WILLIAM WONG
                                   Assistant U.S. Attorney


**********

**ORDER**

**IT IS SO ORDERED.**

DATED: September 13, 2007          /s/ Edward J. Garcia
                                   _____
                                   HONORABLE EDWARD J. GARCIA
                                   District Court Judge

2