```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  SHAKARA THOMAS CARTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-06-468 EJG |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
| SHAKARA THOMAS CARTER, | ) Date: November 16, 2007 |
| Defendant. | ) Time: 10:00 A.M. |
|  | ) Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal Defender, attorney for defendant SHAKARA THOMAS CARTER, that the status conference now scheduled for October 19, 2007 be vacated and a new date of November 16, 2007 be set for status.

The defense is engaged in investigation and will be discussing possible disposition with the government. Although the case was indicted in 2006, the defendant first appeared and had counsel appointed three months ago. Additional time is needed to perform investigation and discuss the case with the defendant.

1    It is stipulated and agreed between the parties that the period
2 beginning October 19, 2007 to November 16, 2007 should be excluded in
3 computing the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act for
5 defense preparation.  All parties stipulate and agree that this is an
6 appropriate exclusion of time within the meaning of Title 18, United
7 States Code, Section 3161(h)(8)(iv) (Local Code T4).

9 Dated: October 18, 2007          Respectfully submitted,
10                                  DANIEL BRODERICK
                                    Federal Defender

12                                  /s/ Ned Smock
                                    NED SMOCK
13                                  Assistant Federal Defender
                                    Attorney for Defendant
14                                  SHAKARA THOMAS CARTER

                                    MCGREGOR W. SCOTT
16                                  United States Attorney

17 Dated:  October 18, 2007         /s/ Ned Smock for William Wong
                                    WILLIAM WONG
18                                  Assistant U.S. Attorney

21                              **********
22                                **ORDER**
23   **IT IS SO ORDERED.**
24 DATED:__October 18, 2007_____
25                                  /s/ Edward J. Garcia___
                                    HONORABLE EDWARD J. GARCIA
26                                  District Court Judge

2