```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SHAKARA THOMAS CARTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-06-468 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| SHAKARA THOMAS CARTER, | ) | Date: February 15, 2008 |
| Defendant. | ) | Time: 10:00 A.M. |
| | ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal Defender, attorney for defendant SHAKARA THOMAS CARTER, that the status conference now scheduled for January 18, 2008 be vacated and a new date of February 15, 2008 be set for status.

The defense has requested additional discovery and the government has indicated that it will provide that discovery. In addition, the defense is engaged in ongoing investigation, as well as discussions with the government about possible disposition. Although the case was indicted in 2006, the defendant first appeared and had counsel

appointed in July 2007.

It is stipulated and agreed between the parties that the period beginning January 18, 2008 to February 15, 2008 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: January 17, 2008          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender


                                 /s/ Ned Smock
                                 NED SMOCK
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SHAKARA THOMAS CARTER


                                 MCGREGOR W. SCOTT
                                 United States Attorney

Dated:  January 17, 2008         /s/ Ned Smock for William Wong
                                 WILLIAM WONG
                                 Assistant U.S. Attorney

**********

**ORDER**

**IT IS SO ORDERED.**

DATED:_ January 17, 2008_____

                                 /s/ Edward J. Garcia
                                 HONORABLE EDWARD J. GARCIA
                                 District Court Judge

2