```
DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SHAKARA THOMAS CARTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-468 EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| SHAKARA THOMAS CARTER, ) | Date: March 7, 2008 |
| Defendant. ) | Time: 10:00 A.M. |
| ) | |
| ) | Judge: Hon. Edward J. Garcia |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal Defender, attorney for defendant SHAKARA THOMAS CARTER, that the status conference now scheduled for February 15, 2008 be vacated and a new date of March 7, 2008 be set for status. The defense is awaiting additional discovery regarding drug weight. In addition, the defense is engaged in ongoing investigation. Although the case was indicted in 2006, the defendant first appeared and had counsel appointed in July 2007.

   It is stipulated and agreed between the parties that the period

beginning February 15, 2008 to March 7, 2008 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: February 14, 2008           Respectfully submitted,

                                                        DANIEL BRODERICK
                                                      Federal Defender

                                                      /s/ Ned Smock
                                                      NED SMOCK
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      SHAKARA THOMAS CARTER

                                                      MCGREGOR W. SCOTT
                                                      United States Attorney

Dated:  February 14, 2008          /s/ Ned Smock for William Wong
                                                      WILLIAM WONG
                                                      Assistant U.S. Attorney

**********

**ORDER**

**IT IS SO ORDERED.**

DATED: February 14, 2008           /s/ Edward J. Garcia
                                                      HONORABLE EDWARD J. GARCIA
                                                      District Court Judge