```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  SHAKARA THOMAS CARTER

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR-S-06-468 EJG
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  SHAKARA THOMAS CARTER,       )  Date: April 18, 2008
                Defendant.       )  Time: 10:00 A.M.
15                               )
                                 )  Judge: Hon. Edward J. Garcia
16                               )
    _____)
17
```

18       IT IS HEREBY STIPULATED by and between the parties hereto through
19  their respective counsel, WILLIAM WONG, Assistant United States
20  Attorney, attorney for Plaintiff; NED SMOCK, Assistant Federal
21  Defender, attorney for defendant SHAKARA THOMAS CARTER, that the status
22  conference now scheduled for March 7, 2008 be vacated and a new date of
23  April 18, 2008 be set for status.  The government will be providing
24  information on drug weight that will have a significant effect on the
25  possible sentence in this case.  In addition, the defense is engaged in
26  ongoing investigation.  Although the case was indicted in 2006, the
27  defendant first appeared and had counsel appointed in July 2007.
28       It is stipulated and agreed between the parties that the period

beginning March 7, 2008 to April 18, 2008 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: March 5, 2008                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender


                                        /s/ Ned Smock
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SHAKARA THOMAS CARTER


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated:  March 5, 2008                   /s/ Ned Smock for William Wong
                                        WILLIAM WONG
                                        Assistant U.S. Attorney




                          **********

                            **ORDER**

    **IT IS SO ORDERED.**

DATED: March 5, 2008
                                        /s/ Edward J. Garcia
                                        HONORABLE EDWARD J. GARCIA
                                        District Court Judge