DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**SHAKARA CARTER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:06-cr-0468 EJG |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: July 25, 2008<br>TIME: 10:00 AM |
| SHAKARA CARTER, | JUDGE: Hon. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through William Wong, Assistant U.S. Attorney, and defendant Shakara Thomas Carter, by and through his attorney, Dan Koukol, that the status conference of July 25, 2008 be vacated and that a status conference be set for August 22, 2008 at 10:00 AM.

//

//

//

//

//

//

-1-

This continuance is being requested because counsel is, at this time, actively engaged in plea negotiations and hope to have a of mutually acceptable plea agreement finalized shortly. The parties request that the speedy trial time is excluded from the date of this order through the date of the status conference set for August 22, 2008 at 10:00 AM pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: JULY 21, 2008          Respectfully submitted,

/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Shakara Carter

DATED: JULY 21, 2008          Respectfully submitted,

/s/ DAN KOUKOL FOR
_____
William Wong
Assistant U.S. Attorney

**IT IS SO ORDERED**

DATED:   July 22, 2008

/s/ Edward J. Garcia

UNITED STATES DISTRICT JUDGE

-2-