```
LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR S-06-468 EJG |
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE** |
| v. | ) **SENTENCING DATE** |
| | ) |
| SHAKARA THOMAS CARTER, | ) |
| | ) DATE: July 17, 2009 |
| Defendant. | ) TIME: 10:00 a.m. |
| _____ | ) CTRM: Hon. Edward J. Garcia |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and Assistant United States Attorney, William S. Wong, and defendant Shakara Carter, through his counsel, Michael Chastaine, Esq., hereby submits this stipulation to continue the sentencing date, which is currently set for July 17, 2009, at 10:00 a.m., and requests that this Court continue the sentencing date to August 7, 2009, at 10:00 a.m.

The reason for continuing the sentencing date in this matter is to allow the parties to further research the issue whether sentences imposed under 18 U.S.C. § 924(c)(1) must be mandatorily consecutive to any other imposed sentence for another offense.  The parties

would like to file formal objections by July 24, 2009.  The parties respectfully request that the Court set a sentencing date for this matter on August 7, 2009, at 10:00 a.m.

                                                Respectfully submitted,

                                                LAWRENCE G. BROWN
                                                Acting United States Attorney

DATED: July 14, 2009         By: /s/ William S. Wong
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney

DATED: July 14, 2009         By: /s/ Michael Chastaine
                                      MICHAEL CHASTAINE, Esq.
                                      Attorney for Defendant

_____

**ORDER**

    For the foregoing reasons, the sentencing hearing in this matter is continued to August 7, 2009, at 10:00 a.m.

DATED: July 14, 2009         /s/ Edward J. Garcia
                                    HONORABLE EDWARD J. GARCIA
                                    UNITED STATES DISTRICT COURT JUDGE