UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06CR468 WBS |
| Plaintiff, | ORDER |
| v. | |
| SHAKARA THOMAS CARTER, | |
| Defendant. | |

----oo0oo----

On September 16, 2019, defendant Shakara Thomas Carter filed a motion to reduce sentence pursuant to Section 404 of the First Step Act, P.L. 115-391. (Docket No. 88.) The United States shall file an opposition to petitioner's motion no later than October 15, 2019. Defendant may then file a reply no later than November 5, 2019. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

1

IT IS SO ORDERED.

Dated: September 17, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE