# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 2:06-00468-01 WBS |
| SHAKARA THOMAS CARTER | ) | USM No: 17193-097 |
| Date of Original Judgment: 8/7/2009 | ) | |
| Date of Previous Amended Judgment: | ) | David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **262 months - Count 1; 60 months - Count 2 to run consecutive for a total term of 322** months **is reduced to** **202 months - Count 1, 60 months - Count 2, to run consecutive for a total term of 262 months**.

## REDUCTION OF SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **6 years as to Count 1 and 5 years as to Count 2, to be served concurrently with each other for a total aggregate term of 6 years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 8/18/2009 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: November 6, 2019

Effective Date: N/A
*(if different from order date)*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE