UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAKARA THOMAS CARTER,<br><br>　　　　Defendant. | No. 2:06-cr-468 WBS<br><br><br>ORDER |

----oo0oo----

Defendant has filed a Motion Under 18 U.S.C. § 3582(c)(1)(A)(1) for compassionate release.  (Docket No. 97.) The United States shall file any opposition to defendant's motion no later than April 24, 2020.  Defendant may file a reply no later than May 8, 2020.  The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

　　　　IT IS SO ORDERED.

Dated:  April 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1