UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SHAKARA THOMAS CARTER,

        Defendant.

No. 2:06-cr-468 WBS

ORDER

----oo0oo----

Before the court is defendant's Motion Under 18 U.S.C. § 3582(c)(1)(A)(1) for compassionate release.  (Docket No. 97.) The court notes that defendant filed a notice of appeal after the court amended the judgment in light of defendant's motion to reduce sentence under the First Step Act.[1]  (See Docket Nos. 88, 93.)  The filing of a notice of appeal divests the district court of jurisdiction over the aspects of the case involved in the

---

[1] The court's amended judgment reduced defendant's sentence from 322 months to 262, though defendant had sought a new sentence of 144 months.  (See Docket Nos. 88, 93.)

1

appeal. United States v. Ortega Lopez, 988 F.2d 70, 72 (9th Cir. 1993). Because defendant has appealed the amended judgment, the court has no jurisdiction to consider the instant motion, which seeks his immediate release via a new sentence of time-served. See United States v. Melkonyan, Case No. 2:14-cr-83 JAM (E.D. Cal. Apr. 27, 2020) (denying motion for compassionate release in light of defendant's pending appeal contesting, among other things, the length of his sentence) (citing, inter alia, Ortega-Lopez, 988 F.2d at 72). Accordingly, the motion for compassionate release (Docket No. 97) is DENIED for lack of jurisdiction.

IT IS SO ORDERED.

Dated: May 12, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2