HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SHAKARA THOMAS CARTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. S 06-468 WBS |
| Plaintiff, | **STIPULATED REQUEST FOR SCHEDULING ORDER; ORDER** |
| v. | |
| SHAKARA THOMAS CARTER, | Judge:  Hon. WILLIAM B. SHUBB |
| Defendant. | |

In light of the Ninth Circuit's decision vacating this Court's order and remanding the case, *United States v. Shakara Thomas Carter*, No. 19-10411, defendant, SHAKARA THOMAS CARTER, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby request the Court enter the scheduling order regarding Mr. Carter's motion to reduce his sentence as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

Defendant's opening brief due on or before September 12, 2022;

Government's answering brief due on or before September 26, 2022;

Defendant's optional reply brief due on or before October 11, 2022;

Hearing on motion on Monday, October 17, 2022, at 9:00 a.m.

Respectfully submitted,

Dated:  August 29, 2022                    Dated:   August 29, 2022

PHILLIP A.TALBERT                          HEATHER E. WILLIAMS
United States Attorney                     Federal Defender


 /s/ Jason Hitt                             /s/  David M. Porter
JASON HITT                                 DAVID M. PORTER
Assistant U.S. Attorney                    Assistant Federal Defender

Attorney for Plaintiff                     Attorneys for Defendant
UNITED STATES OF AMERICA                   SHAKARA THOMAS CARTER

1

## ORDER

2          Pursuant to the parties' stipulation, and good cause appearing therefor, the

3   Court orders the following scheduling order:

4          Defendant's opening brief due on or before September 12, 2022;

5          Government's answering brief due on or before September 26, 2022;

6          Defendant's optional reply brief due on or before October 11, 2022;

7          Hearing on motion on Monday, October 17, 2022, at 9:00 a.m., in

8   Courtroom  5, 14th Floor.

9   Dated:  August 30, 2022

WILLIAM B. SHUBB
10                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28