1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                        ----oo0oo----

11

12   UNITED STATES OF AMERICA,        No. 2:06-cr-468 WBS

13              Plaintiff,

14        v.                          ORDER

15   SHAKARA THOMAS CARTER,

16              Defendant.

17

18                        ----oo0oo----

19          Defendant has filed a motion requesting that his

20   judgment be amended to state that his sentence in this case shall

21   run concurrently to any state sentence "arising from the same

22   arrest as the instant offense."  (Docket No. 118.)  The United

23   States shall file any opposition to defendant's motion no later

24   than sixty (60) days from the date of this order.  Defendant may

25   file a reply no later than thirty (30) days from the date of the

26   filing of the United States' opposition.  After briefing is

27   complete, the court will take the motion under submission and

28   will inform the parties if oral argument or further proceedings

                               1

1   are necessary.

2           IT IS SO ORDERED.

3   Dated:  March 15, 2024

4                                                    WILLIAM B. SHUBB

5                                                    UNITED STATES DISTRICT JUDGE