UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>SHAKARA THOMAS CARTER,<br><br>              Defendant. | No. 2:06-cr-468 WBS<br><br><br>ORDER |

----oo0oo----

Defendant has filed a motion for compassionate release.[1]  (Docket No. 125.)  The United States shall file any opposition to defendant's motion no later than sixty (60) days from the date of this order.  Defendant may file a reply no later than thirty (30) days from the date of the filing of the United States' opposition.  After briefing is complete, the court will take the motion under submission and will inform the parties if

---

[1] Defendant has filed another, separate motion to reduce his sentence (based on a different argument) that is not yet fully briefed.  (See Docket No. 118.)

1

1  oral argument or further proceedings are necessary.
2         IT IS SO ORDERED.
3  Dated:   June 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE