UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAKARA THOMAS CARTER,<br><br>Defendant. | No. 2:06-cr-468 WBS<br><br><br>ORDER |

----oo0oo----

   Defendant requests an extension of time to file a reply to the government's opposition to his motion for compassionate release. (Docket No. 129.) The request is GRANTED. Defendant shall file any reply by November 12, 2024.

   IT IS SO ORDERED.

Dated: September 24, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1